AO 442 (Rev 11/11) Arrest Warrant
(DC 6/6-16)

9282146
4215

# UNITED STATES DISTRICT COURT
for the
District of Columbia

2019 MAR 18 AM 8:51

MAR 29 2019

| UNITED STATES OF AMERICA | ) |
| V. | ) |
| | ) Case No. 0090 1:14CR00176-001 |
| Donald Jenkins | ) |
| | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Donald Jenkins

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows.
See attached petition

Date: 3/15/2019

*Issuing Officer's Signature*

City and State: Washington, DC

Jean-Claude Douyon, Courtroom Deputy
*Printed Name and Title*

### Return

This warrant was received on *(date)* 3/18/2019, and the person was arrested on *(date)* 3/29/19
at *(city and state)* ALEXANDRIA, VA

Date: 3/29/19

*Arresting Officer's Signature*

PETE SHILLER, DUSM
*Printed Name and Title*