# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CRIMINAL DOCKET FOR CASE #: <u>1:19–mj–00149–IDD</u> All Defendants

Case title: USA v. Jenkins                     Date Filed: 03/29/2019

Assigned to: Magistrate Judge Ivan D. Davis

**<u>Defendant (1)</u>**

**Donald Jenkins**                 represented by   **Kevin Eugene Wilson**
Office of the Federal Public Defender
(Alexandria)
1650 King St
Suite 500
Alexandria, VA 22314
703–600–0800
Fax: 703–600–0880
Email: <u>kevin_e_wilson@fd.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
| --- | --- |
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
| --- | --- |
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
| --- | --- |
| None | |

| **<u>Highest Offense Level (Terminated)</u>** | |
| --- | --- |
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
| --- | --- |
| None | |

**<u>Plaintiff</u>**

**USA**                     represented by   **Patrick D. Reid**
US Attorney's Office (Alexandria–NA)
2100 Jamieson Avenue

Alexandria, VA 22314
**NA**
703–299–3700
Email: patrick.reid2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/29/2019 | | 3 | Arrest (Rule 32) of Donald Jenkins (lgue, ) (Entered: 04/01/2019) |
| 03/29/2019 | 1 | 4 | Arrest Warrant Returned Executed on 03/29/2019 in case as to Donald Jenkins. (lgue, ) (Entered: 04/01/2019) |
| 03/29/2019 | 2 | 5 | Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis:Initial Appearance in Rule 5(c)(3) Proceedings as to Donald Jenkins held on 3/29/2019. US appeared through: Patrick Reid. Deft appeared without counsel. Duty FPD: Kevin Wilson present. Deft informed of rights, and the violations. Court to appoint counsel(FPD). Deft waives all hearings in this district. Gov't is seeking detention–GRANTED. Deft remanded to the custody of the USMS for transfer to the District of Columbia. (Tape #FTR.)(lgue, ) (Entered: 04/01/2019) |
| 03/29/2019 | | 6 | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Donald Jenkins – Kevin Eugene Wilson for Donald Jenkins appointed. Entered by Magistrate Judge Ivan D. Davis on 03/29/2019. (lgue, ) (Entered: 04/01/2019) |
| 03/29/2019 | 3 | 7 | WAIVER of Rule 32 Hearings by Donald Jenkins (lgue, ) (Entered: 04/01/2019) |
| 03/29/2019 | 4 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Donald Jenkins. Defendant committed to the custody of the USMS for transfer to the District of Columbia. Signed by Magistrate Judge Ivan D. Davis on 03/29/2019. (lgue, ) (Entered: 04/01/2019) |

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Patrick D. Reid (caseview.ecf@usdoj.gov, patrick.reid2@usdoj.gov,
usavae.alx.ecf.sausa@usdoj.gov), Magistrate Judge Ivan D. Davis
(idd_chambers@vaed.uscourts.gov, ivan_d_davis@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8542398@vaed.uscourts.gov
Subject:Activity in Case 1:19-mj-00149-IDDVAED USA v. Jenkins Arrest - Rule 32
```
Content–Type: text/html

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 4/1/2019 at 7:43 AM EDT and filed on 3/29/2019

| | |
|---|---|
| **Case Name:** | USA v. Jenkins |
| **Case Number:** | 1:19–mj–00149–IDD |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 32) of Donald Jenkins (lgue, )**

**1:19–mj–00149–IDD–1 Notice has been electronically mailed to:**

Patrick D. Reid &nbsp &nbsp patrick.reid2@usdoj.gov, CaseView.ECF@usdoj.gov,
usavae.alx.ecf.sausa@usdoj.gov

**1:19–mj–00149–IDD–1 Notice has been delivered by other means to:**

*9282146*
*4215*

AO 442 (Rev 11/11) Arrest Warrant

(DC 6/6-16)

# UNITED STATES DISTRICT COURT
2019 MAR 18  AM 8: 51

for the
District of Columbia

MAR 29 2019

UNITED STATES OF AMERICA )
V. )
)   Case No.   0090 1:14CR00176-001
Donald Jenkins )
)

# ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*  Donald Jenkins

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See attached petition

Date:  **3/15/2019**

City and State:  Washington, DC

_____
*Issuing Officer's Signature*

Jean-Claude Doryon, Courtroom Deputy
*Printed Name and Title*

| Return |
| --- |

This warrant was received on *(date)*  3/18/2019 , and the person was arrested on *(date)*  3/29/19
at *(city and state)*  ALEXANDRIA, VA

Date:  **3/29/19**

_____
*Arresting Officer's Signature*

PETE SHILLER, DUSM
*Printed Name and Title*

TYPE OF HEARING: RS|R4O
CASE NUMBER: 1:19mj149
MAGISTRATE JUDGE: Ivan D. Davis
DATE: 3/29/2019
TIME: 2:00 p.m.
TAPE: FTR RECORDER
DEPUTY CLERK: Laura Guerra

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

## Donald Jenkins

GOVT. ATTY: _Patrick Reid_

DEFT'S ATTY: _w/o counsel_

DUTY AFPD: _Kevin Wilson_

INTERPRETER/LANGUAGE_____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS (X)
COURT TO APPOINT COUNSEL (X)  FPD (X) CJA ( ) Conflict List ( )
_Deft waives all hearings in this district_
_____
_____
_____
_____
_____

BOND:
_Govt is seeking detention.—Granted. Deft_
_remanded to the custody of the USMS for transfer_
_to the District of Columbia_
( ) RISK OF NON APPEARANCE ( ) SAFETY OF THE COMMUNITY
( ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO
DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

NEXT COURT APPEARANCE _____TIME _____
_____

9 min

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Kevin Eugene Wilson (camisha_ellison@fd.org, kevin_e_wilson@fd.org,
maria_ramirez@fd.org, thelma_young@fd.org), Patrick D. Reid (caseview.ecf@usdoj.gov,
patrick.reid2@usdoj.gov, usavae.alx.ecf.sausa@usdoj.gov), Magistrate Judge Ivan D. Davis
(idd_chambers@vaed.uscourts.gov, ivan_d_davis@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8542406@vaed.uscourts.gov
Subject:Activity in Case 1:19-mj-00149-IDDVAED USA v. Jenkins Order Appointing Public
Defender
```
Content–Type: text/html

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 4/1/2019 at 7:48 AM EDT and filed on 3/29/2019

| | |
|---|---|
| **Case Name:** | USA v. Jenkins |
| **Case Number:** | <u>1:19–mj–00149–IDD</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Donald Jenkins – Kevin Eugene Wilson for Donald Jenkins appointed. Entered by Magistrate Judge Ivan D. Davis on 03/29/2019. (lgue, )**


**1:19–mj–00149–IDD–1 Notice has been electronically mailed to:**

Kevin Eugene Wilson &nbsp &nbsp kevin_e_wilson@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org

Patrick D. Reid &nbsp &nbsp patrick.reid2@usdoj.gov, CaseView.ECF@usdoj.gov, usavae.alx.ecf.sausa@usdoj.gov

**1:19–mj–00149–IDD–1 Notice has been delivered by other means to:**

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

MAR 2 9 2019

United States of America )
v. )                                  Case No. 1:19mj149
Donald Jenkins )
)                                    Charging District's Case No. 1:14CR176
_____ )
*Defendant*

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
        unless I am indicted — to determine whether there is probable cause to believe that an offense has
        been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐       an identity hearing and production of the warrant.

☐       a preliminary hearing.

☐       a detention hearing.

☑       an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
        be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set
        by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:  3\29\19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Kevin Wilson
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

|  |  |
|---|---|
| United States of America | ) |
| v. | ) Case No. 1:19-mj-149 |
| Donald Jenkins | ) |
| *Defendant* | ) Charging District's<br>) Case No. 1:14CR176 |

**MAR 2 9 2019**

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of __Columbia__,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

__N/A__ .

The defendant: ☐ will retain an attorney.

        ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: __3/29/19__

                                   _____ /s/

                                             Ivan D. Davis<br>                               United States Magistrate Judge